IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PETER M GARCIA RIVERA

XXX-XX-6586

Debtor(s)

CASE NO. 05-10570 BKT

Chapter 13

FILED & ENTERED ON 12/11/2007

### ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #22), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of December, 2007 .

Brian K. Tester
U. S. Bankruptcy Judge

C:  All creditors
    F/up

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0104-3           User: moralesl            Page 1 of 1              Date Rcvd: Dec 11, 2007
Case: 05-10570                 Form ID: pdf001           Total Served: 16
```

The following entities were served by first class mail on Dec 13, 2007.
```
db          +PETER M GARCIA RIVERA,   URB SAN TOMAS,   CALLE C D 1,   PLAYA DE PONCE, PR 00716-8815
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: INTERNAL REVENUE SERVICE,   PO BOX 21126,   PHILADELPHIA, PA  19114)
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR  00918
smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr          +VATIV,   AGENT FOR PALISADES COLLECTION,   PO BOX 19249,   SUGAR LAND, TX 77496-9249
2270609     +Associates Finance,   Fortuno & Fortuno Fas,   PO Box 13665,   San Juan PR 00908-3665
2231741      CENTENNIAL,   PO BOX 71514,   SAN JUAN PR 00936-8614
2231742      CINGULAR WIRELESS,   PO BOX 192830,   SAN JUAN PR 00919-2830
2231743      COOPACA,   APARTADO 1056,   ARECIBO PR 00613-1056
2231744      ISLAND FINANCE,   BANKRUPTCY DEPARTMENT,   PO BOX 195369,   SAN JUAN PR 00919-5369
2231745      MUEBLERIAS BERRIOS,   PO BOX 674,   CIDRA PR 00739-0674
2231746      SAM S,   PO BOX 4596,   CAROL STREAM IL 60197-4596
2231747     +THE ASSOCIATES,   DIVISION LEGAL,   PO BOX 7559,   CAGUAS PR 00726-7559
2273640      eCAST Settlement Corporation, assignee of,   General Electric/SAM'S CLUB CONSUME,
             P.O. Box 35480,   Newark, NJ  07193-5480
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          RAFAEL ESCALANTE (ZF),   JOSE R. CARRION CHAPTER 13 TRUSTEE
                                                                                                 TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2007                     Signature:  *Joseph Speetjens*